Case 2:24-cv-00091   Document 16   Filed on 07/31/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANNY MIXON, | § | |
| Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-0091 |
| MS. CROSS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 14). The M&R recommends that the Court dismiss Plaintiff's claims with prejudice and count the dismissal of the case as a strike for purposes of 28 U.S.C. § 1915(g). *Id.* at 1.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 14). Accordingly, the Court **DISMISSES with prejudice** Plaintiff's claims. (D.E. 1). A final judgment will be entered

separately.

The Clerk of Court is directed to send a copy of this Order to the "Manager of the Three Strikes List for the Southern District of Texas" at Three_Strikes@txs.uscourts.gov.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 31st, 2024